UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANDSPORT CORPORATION, etc.,

    Plaintiff,

v.                                          No.3:05-cv-237-J-12MCR

FIXCO COPRORTATION,
etc., et al.,[1]

    Defendants.

## ORDER

This cause is before the Court on Defendant Canaramp USA, LLC's Motion for Summary Judgment on Plaintiff's Liability on Open Account (Doc.23), and Defendant Richard Beilstein's Motion for Final Summary Judgment (Doc.25), filed February 13, 2006. The Plaintiff filed a response in opposition to the motions (Doc.36) along with two affidavits (Docs. 37 and 38), on May 17, 2006. The Court heard oral argument on the motions on May 23, 2006, and for the reasons set forth below, will deny both motions without prejudice to the respective Defendants' right to re-file them after the close of discovery.

Summary judgment is proper when "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Fed.R.Civ.P. 56(c). The purpose of summary judgment is to dispose of unsupported claims of defenses which, as a matter of law, do not raise issues

---

[1] Defendant Canaramp Corporation's Motion for Summary Judgment (Doc.20), filed February 9, 2006, was granted at the hearing held May 23, 2006.

of material fact suitable for trial. <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 322-23 (1986).

Defendant Canaramp USA, LLC seeks summary judgment for Plaintiff's liability on an open account. Counsel for the parties advised the Court during oral argument that very little discovery has been completed in this case. Plaintiff agrees that Defendant Canaramp USA, LLC will be entitled to a set off regarding the open accounts, but asserts that it has not yet had the opportunity to review the records and depose relevant witnesses in order to take a position as to the amount of such set off. The Court finds that summary judgment on this issue is premature.

Defendant Richard Beilstein seeks final summary judgment as to his individual liability for fraud (Complaint, Doc.2, Count III) and negligent misrepresentation (Complaint, Doc. 2, Count IV), asserting that he acted only in his capacity as a corporate officer and has done nothing to subject himself to personal jurisdiction in this action. The Court notes that as a general rule, a corporate officer does not incur personal liability for the corporation's torts merely by virtue of being an officer, and is not liable for torts committed by the corporation, <u>unless</u> he or she has participated in the wrong. 18B Am. Jur. 2d <u>Corporations</u> §1629 (2004). An "officer who commits the tort or who directs the tortious act done, or participates or operates therein, is liable to third persons injured thereby, even though liability may also attach to the corporation for the tort." Id.

The Court is of the opinion that the allegations of the Complaint (Doc.2) state a claim against Defendant Richard Beilstein for fraud and negligent misrepresentation, and Defendant Richard Beilstein has not argued otherwise. Moreover, the Court is of the opinion that the affidavit of Randy Tinnell (Doc.37) submitted by the Plaintiff raises a sufficient factual issue as to Defendant Richard Beilstein's liability for the alleged tortious

conduct of the corporations he represented to withstand the motion for summary judgment at this juncture.

The Court has carefully reviewed the record, including the submissions of the parties and finds that both motions for summary judgment are due to be denied without prejudice to the respective Defendants' right to re-file them after the close of discovery.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. That Defendant Canaramp USA, LLC's Motion for Summary Judgment on Plaintiff's Liability on Open Account (Doc.23) is denied without prejudice to its right to re-file such motion at the close of discovery; and

2. That Defendant Richard Beilstein's Motion for Final Summary Judgment (Doc.25) is denied without prejudice to his right to re-file such motion at the close of discovery.

**DONE AND ORDERED** this 31st day of May 2006.

*Howell W. Melton*
Howell W. Melton
Senior U.S. District Judge

Copies to:   Counsel of Record