UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANDSPORT CORPORATION, etc.,

    Plaintiff,

v.                              No.3:05-cv-237-J-12MCR

FIXCO CORPORATION,
etc., et al.,

    Defendants.

---

### ORDER OF DISMISSAL

This cause is before the Court on the Mediation Report (Doc.65), filed August 9, 2006. The Mediator advises the Court that this case has been completely settled. Accordingly, it is

**ORDERED** that this cause is hereby **DISMISSED** subject to the right of any party to move within sixty (60) days of the date of entry of this Order, to reopen the action, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to close the case and to terminate all pending motions, hearings, and deadlines.

**DONE AND ORDERED** this __9TH__ day of August 2006.

                                                        Howell W. Melton
                                      SENIOR UNITED STATES DISTRICT JUDGE

c:    Counsel of Record